IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v

BRIAN GRAHAM

CRIMINAL ACTION
NO. 1:09-CR-541

MOTION FOR BAIL PENDING APPEAL

COMES NOW Defendant, Brain Graham, by and through undersigned counsel, and files this Motion for Bail Pending Appeal pursuant to 18 U.S.C. 3143(b). In support hereof, Graham shows as follows:

1.

Graham is appealing his sentence. The following dates and actions are relevant to this matter:

a. On December 9, 2009, Graham was charged by indictment with one count of bank fraud;

b. On October 27, 2010, he was convicted on the indictment by a jury;

c. On January 19, 2011, Graham was sentenced to forty one (41) months confinement, followed by three (3) years supervised release and restitution of $190,000 jointly and severally with Lawanda and Sean Moody in case 09- CR-363;

c. Graham timely filed his Notice of Appeal on January 28, 2011.

2.

In this motion, the Graham respectfully moves the court to grant bail pending appeal and shows as follows:

a. ***Graham is not likely to flee or pose a danger*** to any person or the community if released on bail. Graham shows that he has been on bail since December 15, 2009, the date of his arrest. During that time, Graham attended every regularly scheduled court appearance and he has been in full and complete compliance with all the terms and conditions of his bail. There is absolutely no indication that his conduct will deteriorate if he is allowed to remain on supervised release pending the outcome of his appeal.

b. ***The appeal is meritorious***. One of the most significant issues on appeal will be substantial ***sentence disparity***. Graham received a sentence which included forty one (41) months confinement. Whereas, in case 09-CR-363, in front of The Honorable Julie Carnes, Lawanda Moody received twelve (12) months confinement and Sean Moody, who had a significant criminal record and a criminal history category of III, received confinement of fifteen (15) months. The evidence was undisputed at Graham's trial that Lawanda and Sean Moody were equally culpable as Graham in the bank fraud scheme yet each received only a small fraction of Graham's sentence. Additionally, Graham will show there were substantial ***errors in the Guideline Calculation***. For example, Graham will show that a significant amount of money was double counted in the PSR which resulted in a higher calculation than an accurate count would have yielded. These are merely two examples of meritorious arguments Graham will advance on appeal.

c. A successful appeal, which Graham anticipates, would likely result in a remand with instructions for the court to consider the disparity in the sentences as mentioned above. If Graham is eventually sentenced on remand to a term of

confinement similar to the Moodys (12-15 months), it is likely that he will have served a greater period of time awaiting the outcome of his appeal, unless he is permitted to remain on bail as requested.[1]

Based upon the forgoing, the Defendant respectfully moves the court to grant this request and to allow him to remain on bail pending his appeal.

Respectfully submitted,

*s/Dennis C. O'Brien*

State Bar Number. 548488
Attorney for Brian Graham

248 Washington Avenue
Marietta, Georgia 30060
770-424-6808
email:obriendc@bellsouth.net

---

[1]Graham has received a notice that he is to report to prison on noon, April 5, 2011.